Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff Silvia Lopez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA LOPEZ<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendant. | Civil Action No. 8:13-cv-01495-RSWL-JPR<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, on this 21st day of August, 2014, by and between Plaintiff and Defendant Experian Information Solutions, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

1

Respectfully submitted,

| **TATAR LAW FIRM, APC** | **JONES DAY** |
|---|---|
| */s/ Stephanie R. Tatar* | */s/Katherine A. Klimkowski* |
| Stephanie R. Tatar | Katherine A. Klimkowksi, Esquire |
| Stephanie@TheTatarLawFirm.com | kaklimkowski@jonesday.com |
| 3500 W. Olive Ave., Suite 300 | 3161 Michelson Drive, Suite 800 |
| Burbank, CA 91505 | Irvine, CA 92612-4408 |
| Telephone (323) 744-1146 | Telephone: (949) 851-3939 |
| Facsimile (888) 778-5695 | Facsimile: (949) 553-7539 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Silvia Lopez | Experian Information Solutions, Inc. |
| | |
| Dated: August 20, 2014 | Dated: August 20, 2014 |