JS-6

Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff Silvia Lopez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA LOPEZ<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendant. | Civil Action No. 8:13-cv-01495-RSWL-JPR<br><br>**PROPOSED ORDER RE DISMISSAL** |

    This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

    Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

Dated: 08/21/14

**RONALD S.W. LEW**
_____
HON. RONALD S. W. LEW
Senior U.S. District Judge

1

Proposed Order Re Dismissal